UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ERIC SINKS,                                    )
                                               )
      Petitioner,                       )
                                               )
v.                                             )          No. 2:19-CV-00063-JRG-CLC
                                               )
UNITED STATES OF AMERICA,                      )
                                               )
      Respondent.                       )

## ORDER

    This matter is before the Court on Petitioner's Motion for Extension of Time to File Reply to Response in Opposition to Petitioner's Motion Filed Pursuant to 28 U.S.C. § 2255 [Doc. 6]. The motion is **GRANTED**.

    So ordered.

    ENTER:

                                s/J. RONNIE GREER
                            UNITED STATES DISTRICT JUDGE